November 30, 2007

Mr. Thomas T. Rogers
Jackson & Walker, L.L.P.
100 Congress Avenue, Suite 1100
Austin, TX 78701
Mr. Gavin H. McInnis
Maloney & Maloney, P.C.
14100 San Pedro, Suite 510
San Antonio, TX 78232

RE: Case Number: 05-0016
 Court of Appeals Number: 12-03-00028-CV
 Trial Court Number: 02-055A

Style: MID-CENTURY INSURANCE COMPANY OF TEXAS AND TEXAS FARMERS
 INSURANCE COMPANY
 v.
 SHEFQET ADEMAJ

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Hecht not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy S. |
| |Lusk |
| |Ms. Becky Hanks|